IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| OSMOND SENIOR LIVING, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UTAH DEPARTMENT OF PUBLIC SAFETY, UTAH DEPARTMENT OF HEALTH; MARK BURTON, an individual in his personal capacity,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER DENYING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Case No. 2:15-cv-00749-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Defendants Utah Department of Public Safety, Utah Department of Health, and Mark Burton, along with Plaintiff Osmond Senior Living jointly move the Court for an additional seven (7) days beyond the current due date of February 9, 2016, or until February 16, 2016, for Defendants to file their reply memorandum in support of their motion to dismiss. (ECF No. 16.) Because the parties fail to provide good cause for the extension, the Court hereby DENIES the Motion without prejudice pursuant to Federal Rule of Civil Procedure 6. Fed. R. Civ. P. 6(b)(1).

DATED this 9th day of February, 2016.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge